**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **DORIS NADZAM**, | **CIVIL ACTION** |
| Plaintiff, | |
| *v.* | **NO. 20-6088-KSM** |
| **BROAN-NuTONE, LLC**, | |
| Defendant. | |

## ORDER

**AND NOW**, this 23rd day of December, 2020, upon consideration of the parties' Joint Motion and Stipulation to Transfer Venue to the Western District of Pennsylvania (Doc. No. 5), and for the reasons discussed in the accompanying memorandum, it is **ORDERED** as follows:

1.     The Joint Motion (Doc. No. 5) is **GRANTED**.[1]

2.     The Clerk of Court is directed to **TRANSFER** this lawsuit to the United States District Court for the Western District of Pennsylvania pursuant to 28 U.S.C. § 1406(a).

**IT IS SO ORDERED.**

/s/ *Karen Spencer Marston*
_____
KAREN SPENCER MARSTON, J.

---

[1] As detailed in the accompanying memorandum, the Court grants the Joint Motion pursuant to 28 U.S.C. § 1406(a), not pursuant to 28 U.S.C. § 1404(a), as argued in the Joint Motion.